

**IT IS ORDERED as set forth below:**


**Date: March 30, 2016**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No:  13-55913-bem |
| **Raymond James McTiernan, Jr.** | ) | |
| **Gale Joyce McTiernan,** | ) | |
| | ) | **Chapter 13** |
| Debtors. | ) | |

### ORDER ON MOTION TO INCUR NEW DEBT BY PURCHASING AUTOMOBILE

On January 12, 2016, Debtors filed a "Motion to Incur Debt", seeking to purchase an automobile by obtaining a loan.  (Doc No. 44).  An amended Motion to Incur Debt was filed on February 9, 2016, which clarified the terms of the motion.  (Doc No. 49).  The Motion was set for a hearing and was held on February 23, 2016.  Debtor's counsel appeared and there was no opposition to the motion.  It is hereby

**ORDERED** that debtors' motion is approved and debtor may incur new debt under the terms of the motion.  It is further

**ORDERED** that the debtors shall remit a copy of the bill of sale within 30 days of

the entry of this order.

**[END OF DOCUMENT]**

Prepared and Presented by:

/s/_____
Dan Saeger
Georgia Bar No. 680628
RICKMAN & ASSOCIATES, PC
1755 North Brown Road, Suite 200
Lawrenceville, Georgia 30043
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

No opposition:

/s/_____*with express permission*
Sonya M. Buckley on behalf of Mary Ida Townson
Georgia Bar No. 140987
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

**DISTRIBUTION LIST**

Raymond James McTiernan, Jr.
Gale Joyce McTiernan
3789 Giengarry Way
Roswell, GA 30075


Mary Ida Townson
Bankruptcy Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740


And all creditors listed in the matrix below.

Label Matrix for local noticing
113E-1
Case 13-55913-bem
Northern District of Georgia
Atlanta
Wed Mar 16 11:58:23 EDT 2016

Advanta Bank Corp
PO Box 31032
Tampa FL 33631-3032

Advanta Bank Corporation
c/o Resurgent Capital Services
PO Box 10368
Greenville, SC  29603-0368

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK  73126-8941

Arrow Financial
5996 W Touhy Ave
Niles IL 60714-4610

Asset Acceptance LLC
PO Box 1630
Warren MI 48090-1630

Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036

CREDITONE, LLC
PO BOX 625
METAIRIE, LA 70004-0625

Capital One
PO Box 30281
Salt Lake City UT 84130-0281

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

(p)CARTER YOUNG INC
882 N MAIN STREET
SUITE 120
CONYERS GA 30012-4442

Central Financial Control
PO Box 830913
Birmingham AL 35283-0913

Chase Bank
PO Box 15298
Wilmington DE 19850-5298

Credit Collection
PO Box 9134
Needham MA 02494-9134

Creditone LLC
PO Box 625
Metairre LA 70004-0625

Dept of Ed  Nelnet
121 S 13th Street
Lincoln NE 68508-1904

Floyd Dickens III
Gaddis & Lanier, LLC
5555 Glenridge Connector, NE
Suite 200
Atlanta, GA 30342-4740

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

ECMC
P O Box 16408
St. Paul, MN 55116-0408

Fed Loan Serv
PO Box 68184
Harrisburg PA 17106

GE Capital  Brandsmart
PO Box 965005
Orlando FL 32896-5005

Gaddis  Lanier LLC
5555 Glenridge Connector NE
Suite 200
Atlanta GA 30342-4740

General Revenue Corp
PO Box 495999
Cincinnati OH 45249-5999

Hollis Cobb Associates
4366 Park Drive
Norcross GA 30093-2959

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding LLC
PO Box 10497
Greenville SC 29603-0497

LVNV Funding LLC
c/o Resurgent Capital Services
P.O. Box 10675
Greenville, SC 29603-0675

LVNV Funding LLC its successors and assigns
as assignee of HSBC Card Srvcs(III) Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

LVNV Funding LLC its successors and assigns
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

LVNV Funding LLC its successors and assigns
of Arrow Financial Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

LVNV Funding LLC its successors and assigns
of CVF Consumer Acquisition Company
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

LVNV Funding LLC its successors and assigns
of General Electric Capital Corporation
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

LVNV Funding LLC its successors and assigns
of Wells Fargo Financial National Bank
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

Loch Highland HOA Inc
500 Sugar Mill Rd Suite 200 B
Atlanta GA 30350-2887

Loch Highland Homeowners Association, Inc.
Gaddis & Lanier, LLC
3330 Cumberland Blvd., Suite 500
Atlanta, GA 30339-5997

M Leonard
14520 Erwin Street
Van Nuys CA 91411-2340

MTGLQ Investors, L.P.
c/o Marc E. Ripps, Esq.
P. O. Box 923533
Norcross, GA 30010-3533

Gale Joyce McTiernan
3789 Giengarry Way
Roswell, GA 30075-2615

Raymond James McTiernan
3789 Giengarry Way
Roswell, GA 30075-2615

Midland Credit Management, Inc.
as agent for Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036

Midland Funding
8875 Aero Dr
Suite 200
San Diego CA 92123-2255

Nelnet on behalf of the US Department of Edu
3015 South Parker Road Suite 400
Aurora CO 80014-2904

PHEAA
PO Box 8147
Harrisburg PA 17105-8147

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Robert Rickman
Rickman & Associates, PC
Suite 200
1755 North Brown Road
Lawrenceville, GA 30043-8196

Marc E. Ripps
Marc E. Ripps, Esq.
P O Box 923533
Norcross, GA 30010-3533

Daniel R. Saeger
Rickman & Associates, P.C.
706 S Thornton Ave. Ste. D
Dalton, GA 30720-8212

John D. Schlotter
Aldridge Pite, LLP
Fifteen Piedmont Center Suite 500
3575 Piedmont Rd., NE
Atlanta, GA 30305-1636

Stallings Financial
PO Box 4430
Marietta GA 30061-4430

TitleMax of Georgia
2810 Canton Road
Marietta GA 30066-5441

(p)TMX FINANCE LLC FORMERLY TITLEMAX
15 BULL STREET
SUITE 200
SAVANNAH GA 31401-2686

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1770

US Department of Ed
PO Box 5609
Greenville TX 75403-5609

Wells Fargo Bank N.A.
Attention Bankruptcy Department
MAC D3347-014
3476 Stateview Blvd
Fort Mill, SC 29715-7203

Wells Fargo Home Mortgage
PO Box 10335
Des Moines IA 50306-0335

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Carter-Young Inc
Roswell Radiology Assoc.
1500 Klondike Rd
Suite A-210
Conyers GA 30094

Discover Financial Svc LLC
PO Box 15316
Wilmington DE 19850

Internal Revenue Service
PO Box 21126
Philadelphia PA 19114-0326

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

TitleMax of Georgia, Inc. d/b/a TitleMax
15 Bull Street, Suite 200
Savannah, GA 31401

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

(u)Loch Highland Homeowners Association, Inc.

(u)MTGLQ Investors, L.P.

(u)WFFNATBANK

(u)Wells Fargo Bank, NA

End of Label Matrix
Mailable recipients    56
Bypassed recipients     5
Total                  61